THE PEOPLE OF THE STATE OF NEW YORK ex rel. FRANK HARRIS, Appellant, v HAROLD GRAHAM, Superintendent, Auburn

Correctional Facility, New York State Department of Correctional Services, Respondent. [893 NYS2d 911]—Appeal from a judgment (denominated order) of the Supreme Court, Cayuga County (Thomas G. Leone, A.J.), entered March 31, 2009 in a habeas corpus proceeding. The judgment denied the petition.

It is hereby ordered that the judgment so appealed from is unanimously affirmed without costs for reasons stated in the decision at Supreme Court. Present—Scudder, P.J., Fahey, Lindley and Green, JJ.